Craig R. McClellan (71865)
Michelle D. Mitchell (221841)
Robert J. Chambers, II (244688)
THE McCLELLAN LAW FIRM
1144 State Street
San Diego, California 92101
(619) 231-0505

Attorneys for Plaintiffs

FILED
2008 JAN -4  PM 4:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNK_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KATHLEEN VESTEVICH,

    Plaintiff,

vs.

UNITED STATES OF AMERICA; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; CNI ADMINISTRATION SERVICES, LLC,

    Defendants.

Case No.: '08 CV 0027 L JMA

**COMPLAINT FOR DECLARATORY RELIEF**

Plaintiff alleges as follows:

1. Plaintiff is a competent adult and resident of the State of California.

2. Defendant, the United States of America, is a sovereign nation.

3. Defendant, Centers for Medicare and Medicaid Services ("CMS"), formerly known as Health Care Financing Administration, is a division of the Department of Health and Human Services, the governmental agency that administers the Medicare program.

///

///

- 1 -
COMPLAINT FOR DECLARATORY RELIEF

4.     Defendant, CNI Administration Services, LLC, is a limited liability company registered in the State of Oklahoma and doing business in California. It was awarded a contract by CMS on October 2, 2006 as a national Medicare Secondary Payer Recovery Contractor ("MSPRC") for all post-payment recoveries.

5.     Jurisdiction over this action is conferred by Title XVIII of the Social Security Act (The Medicare Program) and pursuant to the recovery provisions of the Medicare Secondary Payer legislation, 42 U.S.C. §1395y(b)(2)(B)(ii), 42 C.F.R. §411.24(b) and/or the Federal Claims Collection Act, 31 U.S.C. §3711, *et. seq.*

6.     Venue is proper in this Court inasmuch as a substantial part of the events or omissions giving rise to the claim occurred in this district, or a substantial part of the property that is the subject of the action is located within this district.

7.     On January 21, 2006, plaintiff's husband, James C. Vestevich, was critically injured and later died after the motorcycle he was riding was struck by another vehicle.

8.     Plaintiff settled with Lorenzo Villa, the driver of the vehicle that struck Dr. Vestevich, for the Progressive Auto Insurance policy limits of $15,000 for the damages she suffered as a result of her husband's death.

9.     In addition, plaintiff had to pursue an underinsured motorist claim against USAA Insurance, Dr. Vestevich's automobile insurance company. Plaintiff settled with USAA Insurance for $285,000.

10.    Following the settlements with Progressive Auto Insurance and with USAA Insurance, plaintiff attempted numerous times to determine whether defendants would be asserting a lien and/or claiming a right of recovery on the wrongful death settlement and, if so, that defendants waive any purported lien rights pursuant to *Fitch v. Select Products Co.* 36 Cal.4th 812, 819 (2005), and *California Code of Civil Procedure* sections 377.34 and 377.61.

///

///

11. Defendants ultimately asserted a lien in the amount of $83,109.42. However, defendants have wholly failed and refused to respond to plaintiff's request that they waive their lien rights – despite plaintiff's repeated requests over the past ten months to do so. Defendants' failure to respond is precluding the distribution of the settlement proceeds to plaintiff.

12. A declaratory judgment is necessary to determine whether defendants are asserting a claim for recovery of any benefits paid, and if so, to expunge any purported lien of defendants on the basis of law and equity.

WHEREFORE, plaintiff prays for declaratory judgment against defendants as follows:

1. That the Court declare the respective rights and duties of plaintiff and defendants;

2. That the Court declare, as a matter of law, defendants have no lien rights on the wrongful death recovery obtained by plaintiff;

3. That plaintiff be awarded her costs, expenses and attorneys fees incurred herein; and,

4. For such other and further relief as the Court deems just and proper.

Dated: January 4, 2008

THE McCLELLAN LAW FIRM

By: _____
ROBERT J. CHAMBERS, II
Attorneys for Plaintiff

- 3 -

COMPLAINT FOR DECLARATORY RELIEF

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
2008 JAN -4 PM 4:27
CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## I. (a) PLAINTIFFS
KATHLEEN VESTEVICH

**DEFENDANTS**
United States of America; The Centers for Medicare and Medicaid Services; CNI Administration Services, LLC

(b) County of Residence of First Listed Plaintiff: **SAN DIEGO**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **SAN DIEGO**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Craig R. McClellan, Michelle D. Mitchell, Robert J. Chambers II;
The McClellan Law Firm, 1144 State St., SD CA 92101 (619) 231-0505

Attorneys (If Known)
**'08 CV 0027 L JMA**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☒ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Section 1395y(b)(2)(B)(ii); 42 C.F.R. Section 411.24(b); 31 U.S.C. Section 3711

Brief description of cause:
Declaratory Relief

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 01/04/2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 46146   AMOUNT $350   1/4/08 ISH   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

       # 146146      - BH

        January 04, 2008
           16:30:24


        Civ Fil Non-Pris
USAO #.: 08CV0027 CIVIL FILING
Judge..: M. JAMES LORENZ
Amount.:              $350.00 CK
Check#.: BC# 18762



      Total-> $350.00



FROM: VESTEVICH V. USA ET AL
      CIVIL FILING
```