Summons in a Civil Action (Rev 11/97)

FILED
08 JAN -8 AM 10: 05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KATHLEEN VESTEVICH

vs

UNITED STATES OF AMERICA;
CENTERS FOR MEDICARE AND
MEDICAID SERVICES; CNI
ADMINISTRATION SERVICES, LLC

SUMMONS IN A CIVIL ACTION
Case No. 08-CV-0027 L (JMA)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Craig R. McClellan, Michelle D. Mitchell, Robert J. Chambers II
THE McCLELLAN LAW FIRM
1144 State Street
San Diego CA 92101

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMMERLY

JAN 08 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)