# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHLEEN VESTEVICH, | ) | Case No. 08 cv 0027-L(JMA) |
| Plaintiff, | ) ) | |
| v. | ) ) | **PROOF OF SERVICE** |
| UNITED STATES OF AMERICA, et al., | ) ) ) | |
| Defendants. | ) ) | |

I HEREBY DECLARE THAT:

I, Sandra Huston, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the following:

**ANSWER TO COMPLAINT**

on the following parties by electronically filing the foregoing with the Clerk of the District Court, Southern District of California, using its ECF System, which automatically provides electronic notification.

Robert Joseph Chambers, II
The McClellan Law Firm
1144 State Street
San Diego, CA 92101
Email: robert@mcclellanlaw.com
Attorney for the Plaintiff

I declare under penalty of perjury that the foregoing is true and correct and that this certification was executed on March 17, 2008, in San Diego, California.

*s/ Sandra Huston*
Sandra Huston