Craig R. McClellan (71865)
Robert J. Chambers, II (244688)
THE McCLELLAN LAW FIRM
1144 State Street
San Diego, California 92101
(619) 231-0505

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN VESTEVICH,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; CNI ADMINISTRATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 3:08-cv-00027-L-JMA<br><br>**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO AMEND COMPLAINT**<br><br>DATE:   June 2, 2008<br>TIME:    10:30 a.m.<br>JUDGE:  Hon. M. James Lorenz<br>TRIAL:   None set. |

## I. REPLY

Plaintiff has no issue with defendant's conditional non-opposition to her Motion to Amend Complaint ("Motion"). However, in its response to the Motion, defendant requests for the first time that all other named defendants be dismissed. Plaintiff will not agree to such as dismissal, and submits that a conditional non-opposition is not the proper vehicle for this type of relief. If defendant wishes to seek a dismissal of all other defendants, it can do so through a properly noticed motion supported by declarations and legal authority rather than by argument of counsel.

- 1 -
PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO AMEND COMPLAINT

Dated: May 5, 2008                          THE McCLELLAN LAW FIRM


By: _____/s/_____
ROBERT J. CHAMBERS, II
Attorneys for Plaintiff

- 2 -

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO AMEND COMPLAINT