UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KATHLEEN VESTEVICH,                    )   Case No. 08-CV-0027-L (JMA)
                                       )
               Plaintiff,              )   **ORDER SCHEDULING TELEPHONIC**
                                       )   **CASE MANAGEMENT CONFERENCE**
v.                                     )
                                       )
UNITED STATES OF AMERICA, et           )
al.,                                   )
                                       )
               Defendants.             )
                                       )
                                       )

An Early Neutral Evaluation Conference was held on May 12, 2008 at 2:00 p.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **June 5, 2008** at **9:00 a.m.**  All counsel shall appear telephonically at this conference.  The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED:  May 12, 2008

                                        Jan M. Adler
                                        U.S. Magistrate Judge

08cv0027