UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN VESTEVICH, ) | Civil No. 08-CV-27-L(JMA) |
| Plaintiff, ) | **ORDER RE: ORAL ARGUMENT** |
| v. ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| Defendants. ) | |

Currently scheduled on this court's calendar for June 2, 2008 is Plaintiff's motion for leave to amend complaint. The court finds the motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on June 2, 2008 and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED.**

DATED: May 27, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv1423