| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| The McClellan Law Firm<br>Robert J. Chambers, II, Esq., 244688<br>1144 State Street<br>San Diego, CA 92101 | (619) 231-0555 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Vestevich | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
940 FRONT ST. ROOM 1160
SAN DIEGO, CA 921018900

FILED
2008 MAY 30 AM 10: 31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNH_____DEPUTY

PLAINTIFF: Kathleen Vestevich

DEFENDANT: United States of America, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:08-cv-00027-L-JMA |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**First Amended Complaint for Declaratory Relief**

ON: **United States of America**

AT: **101 W. Broadway, 15th Floor**
    **San Diego, CA 92101**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**Mary Wiggins - Authorized to Accept**

ON: **05/28/2008**
AT: **02:55 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **141.30**
  County: **San Diego**
  Registration No.: **959**
  E.S.Q. Services, Inc.
  2121 Fifth Avenue, Suite 203
  San Diego, CA 92101
  (619) 296-0120

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 28, 2008**.

Signature: _____
Mike Moser



PROOF OF SERVICE

Order#: S102636/GProof39

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Robert J. Chambers, II, Esq.  **SBN: 244688**  The McClellan Law Firm  1144 State Street  San Diego, CA 92101 | | |
| TELEPHONE NO.: **(619) 231-0505**   FAX NO.: **(619) 544-0540** | | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: **Plaintiff** | | |

United States District Court
STREET ADDRESS: **940 FRONT ST. ROOM 1160**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN DIEGO, CA 92101-8900**
BRANCH NAME: **SOUTHERN**

PLAINTIFF/PETITIONER: **Kathleen Vestevich**

DEFENDANT/RESPONDENT: **United States of America, et al.**

**DECLARATION OF DILIGENCE**

CASE NUMBER:
**3:08-cv-00027-L-JMA**

I received the within process on May 28, 2008 and that after due and diligent effort I have been unable to personally serve said defendant. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **United States of America**

Documents: **First Amended Complaint for Declaratory Relief**
Address: **101 W. Broadway, 15th Floor**
**San Diego, CA 92101**

As enumerated below:

**05/28/2008 -- 02:45 pm**          880 Front Street, Room 6293
                                     San Diego, CA 92101
Bad Address. Documents must go to 101 W. Broadway, 15th Floor, San Diego Ca 92101

County: **San Diego**
Registration No.: **959**
**E.S.Q. Services, Inc.**
**2121 Fifth Avenue, Suite 203**
**San Diego, CA 92101**
**(619) 296-0120**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 28, 2008** at **San Diego**, California.

Signature: *[signed]*
**Mike Moser**

**DECLARATION OF DILIGENCE**

Order#: S102636/DilFormat.mdl