UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN VESTEVICH, ) | Case No. 08-CV-0027-L (JMA) |
| ) | |
| Plaintiff, ) | **ORDER SCHEDULING TELEPHONIC** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

A telephonic Case Management Conference was held on June 5, 2008 at 9:00 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **July 1, 2008** at **9:00 a.m.**  All counsel shall appear telephonically at this conference.  The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: June 5, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv0027