UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN VESTEVICH,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. 08-CV-0027-L (JMA)<br><br>**ORDER REGARDING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

A telephonic Case Management Conference was held on August 12, 2008 at 9:00 a.m. The parties advised that the case has resolved. The attorneys shall appear for a telephonic Settlement Disposition Conference on **September 15, 2008** at **4:00 p.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1] If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above,

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor. <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED: August 12, 2008

_____
Jan M. Adler
U.S. Magistrate Judge