1  KAREN P. HEWITT
   United States Attorney
2  THOMAS B. REEVE, JR.
   Assistant U. S. Attorney
3  California State Bar No. 069310
   United States Attorney's Office
4  Room 6293, at 880 Front Street
   San Diego, California 92101-8893
5  Telephone: (619) 557-7159
   Tom.Reeve@usdoj.gov
6  Attorneys for Defendants

7  Robert Joseph Chambers, II
   The McClellan Law Firm
8  1144 State Street
   San Diego, CA 92101
9  Email: robert@mcclellanlaw.com
   Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN VESTEVICH, | Case No. 08 cv 0027 - L (JMA) |
| Plaintiff, | **JOINT MOTION TO DISMISS** |
| v. | (Fed. R. Civ. P. 41) |
| THE UNITED STATES OF AMERICA; CENTERS FOR MEDICARE AND MEDICAID SERVICES; CNI ADMINISTRATION SERVICES, LLC, | Hon. M. James Lorenz |
| Defendants. | |

The parties to this action, through their designated counsel, jointly move that the above-captioned case be dismissed in its entirety with prejudice under Rule 41(a)(1)(ii) of the

/ / /

Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs of suit.

                                              Respectfully submitted,

August 26, 2008         KAREN P. HEWITT
                                      United States Attorney

/s/ **Thomas B. Reeve, Jr.**
_____
THOMAS B. REEVE, JR.
Assistant U.S. Attorney
Attorneys for the Defendants

August 26, 2008

                                              The McClellan Law Firm

/s/ **Robert Joseph Chambers, II**
_____
Robert Joseph Chambers, II
Attorneys for the Plaintiff