# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN VESTEVICH,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE UNITED STATES OF AMERICA; CENTERS FOR MEDICARE AND MEDICAID SERVICES; CNI ADMINISTRATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 08 cv 0027 - L (JMA)<br><br>**ORDER GRANTING THE JOINT MOTION TO DISMISS**<br>(Fed. R. Civ. P. 41) |

　　　The parties to this action have jointly moved that the above-captioned case be dismissed in its entirety, with prejudice, under Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs of suit.

　　　It is Ordered that this matter is dismissed, with prejudice. Each party shall bear its own attorneys' fees and costs of suit.

　　　IT IS SO ORDERED.

DATED: August 27, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge